UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ELENA ORTIZ,

    Plaintiff,

v.                                                             Case No. 6:19-cv-1644-Orl-37LRH

PIN UPS OF DAYTONA BEACH, LLC;
JOSEPH LOGUIDICE; and TIMOTHY
BLAKESLEE,

    Defendants.
_____

## ORDER

Plaintiff sued her former employers for failure to pay minimum wage under the Fair Labor Standards Act ("**FLSA**"). (*See* Doc. 1.) The parties moved for approval of their FLSA settlement agreement under *Lynn's Food Stores, Inc. v. United States ex rel. United States Department of Labor*, 679 F.2d 1350, 1355 (11th Cir. 1982). (Doc. 80 ("**Motion**"); Doc. 80-1 ("**Agreement**").) On referral, United States Magistrate Judge Leslie R. Hoffman recommends granting the Motion and approving the Agreement, finding it fair and reasonable. (Doc. 81 ("**R&R**").)

The parties did not object to the R&R and the time for doing so has now passed. So the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

-1-

Accordingly, it is **ORDERED AND ADJUDGED**:

1. U.S. Magistrate Judge Leslie R. Hoffman's Report and Recommendation (Doc. 81) is **ADOPTED, CONFIRMED**, and made a part of this Order.

2. The parties' Second Renewed Joint Motion for Judicial Approval of Settlement (Doc. 80) is **GRANTED.**

3. The parties' Settlement Agreement and Release (Doc. 80-1) is **APPROVED.**

4. This case is **DISMISSED WITH PREJUDICE.**

5. The Clerk is **DIRECTED** to terminate all pending motions and close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on January 26, 2021.



ROY B. DALTON JR.
United States District Judge

Copies to:

Counsel of Record